PER CURIAM.

(No. 74-CC-254—Claimant )

CARMEAN ELECTRIC, INC., Claimant, *vs.* STATE OF ILLINOIS,
SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed March 8, 1974.*

CARMEAN ELECTRIC INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM. 